

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-13-00715-CR, 04-13-00716-CR, 04-13-00717-CR & 04-13-00718-CR

**EX PARTE** Rogelio **RINCON**, Jr.

From the 379th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2012CR2442, 2012CR2443, 2012CR2444 & 2012CR2445
Honorable Ron Rangel,[1] Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's orders of September 16, 2013, denying habeas relief in these four causes are AFFIRMED.

SIGNED May 28, 2014.

Luz Elena D. Chapa, Justice

---

[1] The Honorable Ron Rangel, presiding judge of the 379th Judicial District Court, referred Rincon's habeas applications to the Honorable Andrew Carruthers, Criminal Magistrate Judge, who conducted the evidentiary hearings on the applications and signed the orders denying relief.